**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on February 18, 2021**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 19–15812–LMI

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Matias Alberto Goldenhorn
aka Matias Alberto Goldenhorn Garay Kelly

5900 LeJeune Rd
Coral Gables, FL 33146

SSN: xxx–xx–5786

# FINAL DECREE

The trustee, Robert A Angueira, having filed a final report that the estate has been fully administered, is discharged and the case is closed.